<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

DISCOVER BANK,

       Plaintiff,                         Civil Action No. 07-836 (SDW)

v.

                                           **ORDER**

AMENAN EMELINE DIBY,

                                           July 12, 2007

       Defendant.

_____

<u>ORDER ADOPTING THE REPORT AND RECOMMENDATION</u>
<u>OF THE MAGISTRATE JUDGE</u>

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Madeline C. Arleo, filed June 7, 2007. The Court having received no objections to the Report and Recommendation; and the Court having reviewed the Report and Recommendation, as well as the other documents on file on this matter; and for the reasons set forth on the record on June 5, 2007 before Magistrate Judge Arleo; and for good cause shown;

It is on this 12th day of July 2007, **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo, filed June 7, 2007, is hereby **ADOPTED** as the facts and conclusions of law of this Court.

Plaintiff's motion to remand is hereby **GRANTED**.

                                                           s/Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:      Judge Arleo
         Parties